# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: David A. Boisvert                                        CHAPTER 13

                      Debtor(s)                           BKY. NO. 20-10931 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                                                        Respectfully submitted,
                                                         **/s/ Rebecca A. Solarz Esquire**
                                                         Rebecca A Solarz, Esquire
                                                         Kevin G. McDonald, Esquire
                                                         KML Law Group, P.C.
                                                         701 Market Street, Suite 5000
                                                         Philadelphia, PA 19106-1532
                                                         (215) 627-1322