Smoker & Company
Leola, PA 17540

David Boisvert
2466 Ellendale Dr
Lancaster, PA 17602

| Employee Pay Stub | | Check number: 80023 | | Pay Period: 11/16/2019 - 11/29/2019 | | Pay Date: 12/04/2019 |
|---|---|---|---|---|---|---|

**Employee**

David Boisvert, 2466 Ellendale Dr, Lancaster, PA 17602

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Marketing - Salary | 97.00 | | 1,153.85 | 23,077.00 |
| Professionals - Additional | | | | 8,727.26 |
| Commission | | | | 3,000.00 |
| | 97.00 | | 1,153.85 | 34,804.26 |

| Deductions From Gross | | | Current | YTD Amount |
|---|---|---|---|---|
| Medical Insurance | | | -145.00 | -2,610.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Lancaster Withheld | | | -10.09 | -321.96 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -96.00 | -2,363.00 |
| Social Security Employee | | | -62.54 | -1,996.04 |
| Medicare Employee | | | -14.63 | -466.82 |
| PA - Withholding | | | -30.97 | -988.34 |
| PA - Unemployment Employee | | | -0.69 | -20.88 |
| | | | -214.92 | -6,157.04 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| LST - LEOLA | | | -2.00 | -40.00 |
| Miscellaneous Deduction | | | | -6,312.50 |
| | | | -2.00 | -6,352.50 |

| Net Pay | | | 791.93 | 19,684.72 |
|---|---|---|---|---|

Smoker & Company, Leola, PA 17540

Smoker & Company
Leola, PA 17540

David Boisvert
2466 Ellendale Dr
Lancaster, PA 17602

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Employee Pay Stub | | Check number: 79626 | | Pay Period: 11/30/2019 - 12/13/2019 | | Pay Date: 12/18/2019 |
|---|---|---|---|---|---|---|

**Employee**

David Boisvert, 2466 Ellendale Dr, Lancaster, PA 17602

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Marketing - Salary | 84.00 | | 1,153.85 | 24,230.85 |
| A & C - Additional | 1.00 | 146.39 | 146.39 | |
| A & C - Additional | 1.00 | 2,550.00 | 2,550.00 | 2,696.39 |
| Professionals - Additional | | | | 8,727.26 |
| Commission | | | | 3,000.00 |
| | 86.00 | | 3,850.24 | 38,654.50 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Medical Insurance | -145.00 | -2,755.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Lancaster Withheld | -37.05 | -359.01 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -630.00 | -2,993.00 |
| Social Security Employee | -229.73 | -2,225.77 |
| Medicare Employee | -53.72 | -520.54 |
| PA - Withholding | -113.75 | -1,102.09 |
| PA - Unemployment Employee | -2.31 | -23.19 |
| | -1,066.56 | -7,223.60 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST  - LEOLA | -2.00 | -42.00 |
| Miscellaneous Deduction | | -6,312.50 |
| | -2.00 | -6,354.50 |

| Net Pay | 2,636.68 | 22,321.40 |
|---|---|---|

Smoker & Company
Leola, PA 17540

David Boisvert
2466 Ellendale Dr
Lancaster, PA 17602

---

**Employee Pay Stub**　　　　Check number: 80241　　　　Pay Period: 12/14/2019 - 12/27/2019　　　　Pay Date: 01/01/2020

**Employee**

David Boisvert, 2466 Ellendale Dr, Lancaster, PA 17602

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Marketing - Salary | 80.00 | | 1,111.11 | 1,111.11 |

| Deductions From Gross | | | Current | YTD Amount |
|---|---|---|---|---|
| Medical Insurance | | | -145.00 | -145.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Lancaster Withheld | -9.66 | -9.66 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -91.00 | -91.00 |
| Social Security Employee | -59.90 | -59.90 |
| Medicare Employee | -14.01 | -14.01 |
| PA - Withholding | -29.66 | -29.66 |
| PA - Unemployment Employee | -0.67 | -0.67 |
| | -204.90 | -204.90 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST  - LEOLA | -2.00 | -2.00 |

| | | |
|---|---|---|
| Net Pay | 759.21 | 759.21 |

Smoker & Company, Leola, PA 17540

Smoker & Company
Leola, PA 17540

David Boisvert
2466 Ellendale Dr
Lancaster, PA 17602

---

**Employee Pay Stub**  Check number: 79731  Pay Period: 12/28/2019 - 01/10/2020  Pay Date: 01/15/2020

**Employee**

David Boisvert, 2466 Ellendale Dr, Lancaster, PA 17602

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Marketing - Salary | 90.00 | | 1,111.11 | 2,222.22 |
| Professionals - Additional | 1.00 | 466.96 | 466.96 | 466.96 |
| | 91.00 | | 1,578.07 | 2,689.18 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Medical Insurance | -145.00 | -290.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Lancaster Withheld | -14.33 | -23.99 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -147.00 | -238.00 |
| Social Security Employee | -88.85 | -148.75 |
| Medicare Employee | -20.78 | -34.79 |
| PA - Withholding | -44.00 | -73.66 |
| PA - Unemployment Employee | -0.94 | -1.61 |
| | -315.90 | -520.80 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST - LEOLA | -2.00 | -4.00 |

| Net Pay | 1,115.17 | 1,874.38 |

**SMOKER & COMPANY • CERTIFIED PUBLIC ACCOUNTANTS**                    80461

Employee
David Boisvert, 2466 Ellendale Dr, Lancaster, PA 17602

Pay Period: 01/11/2020 - 01/24/2020                    Pay Date: 01/29/2020

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Marketing - Salary | 89.00 | | 1,111.11 | 3,333.33 |
| Professionals - Additional | | | 0.00 | 466.96 |
| | 89.00 | | 1,111.11 | 3,800.29 |

| Deductions From Gross | | | Current | YTD Amount |
|---|---|---|---|---|
| Medical Insurance | | | -145.00 | -435.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Lancaster Withheld | | | -9.66 | -33.65 |
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -91.00 | -329.00 |
| Social Security Employee | | | -59.90 | -208.65 |
| Medicare Employee | | | -14.01 | -48.80 |
| PA - Withholding | | | -29.66 | -103.32 |
| PA - Unemployment Employee | | | -0.67 | -2.28 |
| | | | -204.90 | -725.70 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| LST - LEOLA | | | -2.00 | -6.00 |

| Net Pay | | | 759.21 | 2,633.59 |
|---|---|---|---|---|

Smoker & Company

**SMOKER & COMPANY** • **CERTIFIED PUBLIC ACCOUNTANTS**                                        80558

Employee
David Boisvert, 2466 Ellendale Dr, Lancaster, PA 17602

Pay Period: 01/25/2020 - 02/07/2020                    Pay Date: 02/12/2020

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Marketing - Salary | 89.00 | | 1,111.11 | 4,444.44 |
| Professionals - Additional | 1.00 | 210.00 | 210.00 | 676.96 |
| | 90.00 | | 1,321.11 | 5,121.40 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Medical Insurance | -145.00 | -580.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Lancaster Withheld | -11.76 | -45.41 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -116.00 | -445.00 |
| Social Security Employee | -72.92 | -281.57 |
| Medicare Employee | -17.05 | -65.85 |
| PA - Withholding | -36.11 | -139.43 |
| PA - Unemployment Employee | -0.79 | -3.07 |
| | -254.63 | -980.33 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST - LEOLA | -2.00 | -8.00 |

| Net Pay | 919.48 | 3,553.07 |
|---|---|---|

Smoker & Company