UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| David A Boisvert | Bankruptcy No.20-10931-PMM |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 18th day of June, 2020, by first class mail upon those listed below:

David A Boisvert
2466 Ellendale Drive
Lancaster, PA  17602

**Electronically via CM/ECF System Only:**

JOSEPH L QUINN ESQ
ROSS QUINN & PLOPPERT PC
192 S HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee