**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: David A. Boivert, | : | Chapter 13 |
| Debtor | : | Case No.:  20-10931-pmm |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed July 14, 2020 was forwarded to the following parties, as follows:

*Via First Class USPS Mail on July 14, 2020:*

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Jean Harmon, Esquire
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Leon P. Haller, Esquire
Purcell Krug & Haller
1719 N. Front Street
Harrisburg, PA 17102-2392

Robin Wiessmann, CEO
Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg PA 17101

*Via Electronic Filing (ECF) on July 14, 2020:*

Rebecca Ann Solarz, Esquire on behalf of M&T Bank
bkgroup@kmllawgroup.com

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                              **ROSS, QUINN & PLOPPERT, P.C.**

                     By:    */s/ Joseph Quinn*
                            Joseph Quinn, Esquire
                            Attorney I.D. No. 307467
                            192 S. Hanover Street, Suite 101
                            Pottstown, PA 19464
                            T: 610.323.5300
                            F: 610.323.6081
                            jquinn@rqplaw.com
Date: <u>July 14, 2020</u>            Counsel for Debtor