## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: David A. Boivert, | : | Chapter 13 |
| Debtor | : | Case No.: 20-10931-pmm |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Proof of Claim No. 15 filed by Debtor on behalf of Pennsylvania Housing Finance Agency on July 14, 2020 was forwarded to the following parties, as follows:

***Via First Class USPS Mail on July 14, 2020:***

Leon P. Haller, Esquire
Purcell Krug & Haller
1719 N. Front Street
Harrisburg, PA 17102-2392

Robin Wiessmann, CEO
Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg PA 17101

***Via Electronic Filing (ECF) on July 14, 2020:***

Rebecca Ann Solarz, Esquire on behalf of M&T Bank
bkgroup@kmllawgroup.com

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By:   */s/ Joseph Quinn_____*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
jquinn@rqplaw.com

Date: July 14, 2020                Counsel for Debtor

1