## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  David A. Boisvert<br>             Debtor(s)<br><br>M&T BANK, its successors and/or assigns<br>             Movant<br>     vs.<br><br>David A. Boisvert<br>             Debtor(s)<br><br>Scott F. Waterman<br>             Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 20-10931 PMM |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of M&T BANK, which was filed with the Court on or about **May 13, 2020, docket 11**.

                                                            Respectfully submitted,

                                                    By: **/s/ Rebecca A. Solarz, Esquire**
                                                            Rebecca A. Solarz, Esquire
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA  19106
                                                            215-627-1322
                                                            Attorney for Movant/Applicant

July 31, 2020