UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| DAVID A. BOISVERT,<br>　　　　Debtor | : BANKRUPTCY NO. 20-10931-pmm<br>:<br>: CHAPTER 13 |
| PENNSYLVANIA HOUSING<br>FINANCE AGENCY,<br>　　　　Movant<br>　vs.<br>DAVID A. BOISVERT and<br>SCOTT F. WATERMAN, TRUSTEE<br>　　　　Respondents | : |

## ORDER APPROVING STIPULATION

AND NOW on this  8th   day of    August         , 2022, upon presentation and consideration of the Stipulation entered into between the parties to provide Movant with adequate protection of its security interest in lieu of immediate relief from the automatic stay, IT IS HEREBY ORDERED that the Stipulation is approved by this Court and the Stipulation will be binding upon the parties effective immediately.

BY THE COURT:

_Patricia M. Mayer_

Patricia M. Mayer
Bankruptcy Judge