United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10931-pmm |
| David A Boisvert | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 08, 2022 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David A Boisvert, 2466 Ellendale Drive, Lancaster, PA 17602-1443 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 08 2022 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 08 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: blegal@phfa.org | Aug 08 2022 23:58:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, PA 17101, U.S.A. 17101-1406 |
| 14473569 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 08 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14519691 | + | Email/Text: blegal@phfa.org | Aug 08 2022 23:58:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg PA 17101-1406 |

TOTAL: 5

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 10, 2022 | Signature: | /s/Gustava Winters |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 08, 2022 | Form ID: pdf900 | Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JOSEPH L QUINN | on behalf of Debtor David A Boisvert CourtNotices@rqplaw.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
:
DAVID A. BOISVERT, : BANKRUPTCY NO. 20-10931-pmm
        Debtor :
: CHAPTER 13
:
PENNSYLVANIA HOUSING :
FINANCE AGENCY, :
        Movant :
  vs. :
:
DAVID A. BOISVERT and :
SCOTT F. WATERMAN, TRUSTEE :
        Respondents :

## ORDER APPROVING STIPULATION

    AND NOW on this  8th   day of     August         , 2022, upon presentation and consideration of the Stipulation entered into between the parties to provide Movant with adequate protection of its security interest in lieu of immediate relief from the automatic stay, IT IS HEREBY ORDERED that the Stipulation is approved by this Court and the Stipulation will be binding upon the parties effective immediately.

                                    BY THE COURT:

                                    *Patricia M. Mayer*
                                    _____
                                    Patricia M. Mayer
                                    Bankruptcy Judge