| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-10931-PMM**

David A Boisvert
2466 Ellendale Drive
Lancaster  PA    17602

Petition Filed Date: 02/14/2020
341 Hearing Date: 03/31/2020
Confirmation Date: 08/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2021 | $586.00 | | 05/13/2021 | $586.00 | | 06/14/2021 | $586.00 | |
| 07/13/2021 | $586.00 | | 08/13/2021 | $586.00 | | 09/14/2021 | $586.00 | |
| 10/14/2021 | $586.00 | | 11/22/2021 | $586.00 | | 01/24/2022 | $586.00 | |
| 02/22/2022 | $586.00 | | 05/31/2022 | $586.00 | | 06/06/2022 | $1,758.00 | |
| 06/29/2022 | $586.00 | | 07/27/2022 | $586.00 | | | | |

**Total Receipts for the Period: $9,376.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,214.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,525.00 | $3,525.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Creditors | $1,276.61 | $1,276.61 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $106.07 | $0.00 | $106.07 |
| 3 | DISCOVER BANK »» 002 | Unsecured Creditors | $4,536.77 | $0.00 | $4,536.77 |
| 4 | TD BANK NA »» 003 | Unsecured Creditors | $4,980.78 | $0.00 | $4,980.78 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $7,163.27 | $0.00 | $7,163.27 |
| 6 | TD RETAIL CREDIT SERVICES »» 005 | Unsecured Creditors | $232.86 | $0.00 | $232.86 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $268.97 | $0.00 | $268.97 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $714.48 | $0.00 | $714.48 |
| 9 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $8,560.03 | $0.00 | $8,560.03 |
| 10 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $7,917.61 | $0.00 | $7,917.61 |
| 11 | MIDLAND CREDIT MANAGEMENT INC »» 010 | Unsecured Creditors | $4,940.00 | $0.00 | $4,940.00 |
| 12 | M&T BANK »» 011 | Unsecured Creditors | $6,946.07 | $0.00 | $6,946.07 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $3,157.70 | $0.00 | $3,157.70 |
| 14 | M&T BANK »» 013 | Mortgage Arrears | $4,578.63 | $1,342.45 | $3,236.18 |

| 15 | UNITED STATES TREASURY (IRS) »» 14S | Secured Creditors | $16,385.32 | $4,804.10 | $11,581.22 |
| 16 | UNITED STATES TREASURY (IRS) »» 14P | Priority Crediors | $2,595.00 | $2,595.00 | $0.00 |
| 17 | PA HOUSING FINANCE AGENCY »» 015 | Mortgage Arrears | $2,579.16 | $756.20 | $1,822.96 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,214.00 | Current Monthly Payment: | $586.00 |
| Paid to Claims: | $14,299.36 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,375.52 | Total Plan Base: | $34,380.00 |
| Funds on Hand: | $539.12 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.