IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  David A Boisvert | : | Chapter 13 |
| Debtor | : | No. : 20-10931-pmm |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtors, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on September 29, 2022, has been served upon the following by the means stated:

*Via Electronic Filing (ECF) on September 29, 2022:*

Leon P. Haller on behalf of Creditor Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

Brian Craig Nicholas on behalf of Creditor M&T Bank
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Rebecca Ann Solarz on behalf of Creditor M&T Bank
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq, Chapter 13 Trustee
ECFMail@ReadingCh13.com

*Via First Class United States Mail on September 29, 2022:*

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Jean Harmon, Esquire
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

All other creditors on the mailing matrix not noticed by way of ECF.

                        **ROSS, QUINN & PLOPPERT, P.C.**

                By:    */s/ Joseph Quinn*
                        Joseph Quinn, Esquire
                        Attorney I.D. No. 307467
                        192 S. Hanover Street, Suite 101
                        Pottstown, PA 19464
                        T: 610.323.5300
                        F: 610.323.6081
                        JQuinn@rqplaw.com
Date: <u>September 29, 2022</u>      Counsel for Debtor