IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  David A Boisvert | : | Chapter 13 |
| Debtor | : | No. : 20-10931-pmm |

## **CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for David A Boisvert, Debtor in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on September 29, 2022.

3. That a copy of the Motion, along with the proposed modified plan and Notice of Motion were served on parties in interest on September 29, 2022.

4. That a certificate of service was filed with the court on September 29, 2022 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before October 20, 2022.

6. No response to said Motion has been received as of October 26, 2022.

ROSS, QUINN & PLOPPERT, P.C.

BY:   */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
Date:  October 26, 2022          JQuinn@rqplaw.com