**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: **David A Boisvert** | &#124; | **Chapter 13** |
| Debtor(s) | &#124; | **BK No. 20-10931-pmm** |

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for David A Boisvert, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on October 5, 2022 along with the Notice of Application and Certificate of Service were timely served on parties in interest on October 5, 2022.

3. A response deadline to the application was due on or before October 26, 2022.

4. As of November 1, 2022, no response to said Application has been received.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
Attorney for Debtor
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: November 1, 2022