Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-10931-PMM**

David A Boisvert  
2466 Ellendale Drive  
Lancaster  PA   17602

Petition Filed Date: 02/14/2020  
341 Hearing Date: 03/31/2020  
Confirmation Date: 08/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2022 | $586.00 | | 09/27/2022 | $586.00 | | 10/24/2022 | $721.00 | |
| 11/28/2022 | $721.00 | | 01/09/2023 | $721.00 | | 02/06/2023 | $721.00 | |
| 03/07/2023 | $721.00 | | 04/06/2023 | $721.00 | | 05/08/2023 | $721.00 | |
| 06/06/2023 | $721.00 | | 07/10/2023 | $721.00 | | | | |

**Total Receipts for the Period: $7,661.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $24,596.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,525.00 | $3,525.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Creditors | $1,276.61 | $1,276.61 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $106.07 | $0.00 | $106.07 |
| 3 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $4,536.77 | $0.00 | $4,536.77 |
| 4 | TD BANK NA<br>»» 003 | Unsecured Creditors | $4,980.78 | $0.00 | $4,980.78 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $7,163.27 | $0.00 | $7,163.27 |
| 6 | TD RETAIL CREDIT SERVICES<br>»» 005 | Unsecured Creditors | $232.86 | $0.00 | $232.86 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $268.97 | $0.00 | $268.97 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $714.48 | $0.00 | $714.48 |
| 9 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $8,560.03 | $0.00 | $8,560.03 |
| 10 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $7,917.61 | $0.00 | $7,917.61 |
| 11 | MIDLAND CREDIT MANAGEMENT INC<br>»» 010 | Unsecured Creditors | $4,940.00 | $0.00 | $4,940.00 |
| 12 | M&T BANK<br>»» 011 | Unsecured Creditors | $6,946.07 | $0.00 | $6,946.07 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $3,157.70 | $0.00 | $3,157.70 |
| 14 | M&T BANK<br>»» 013 | Mortgage Arrears | $4,578.63 | $2,471.89 | $2,106.74 |

**Chapter 13 Case No. 20-10931-PMM**

| 15 | UNITED STATES TREASURY (IRS) »» 14S | Secured Creditors | $16,385.32 | $8,845.96 | $7,539.36 |
|---|---|---|---|---|---|
| 16 | UNITED STATES TREASURY (IRS) »» 14P | Priority Crediors | $2,595.00 | $2,595.00 | $0.00 |
| 17 | PA HOUSING FINANCE AGENCY »» 015 | Mortgage Arrears | $2,579.16 | $1,392.39 | $1,186.77 |
| 18 | PA HOUSING FINANCE AGENCY »» 15P | Secured Creditors | $2,600.60 | $850.94 | $1,749.66 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $900.00 | $900.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,596.00 | Current Monthly Payment: | $721.00 |
| Paid to Claims: | $21,857.79 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,082.10 | Total Plan Base: | $38,295.00 |
| Funds on Hand: | $656.11 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.