THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  David A Boisvert | : | Chapter 13 |
| Debtor | : | No. : 20-10931-pmm |

*****************
**Hearing to be Held:**
**Date:  December 21, 2023**
**Time: 10:00 am by Zoom***
**Place: United States Bankruptcy Court**
**Courtroom 4th Floor**
**The Gateway Building**
**201 Penn Street**
**Reading, Pennsylvania, 19601**
*****************

* For Zoom link, see the current Hearing Calendar for the Judge on the Court website: https://www.paeb.uscourts.gov/

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

David A. Boisvert, Debtor, by and through undersigned counsel, has filed a Motion to Modify the Chapter 13 Plan (Post-Confirmation).

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 19, 2023 you or your attorney must do ALL of the following:

(a). file an answer explaining your position at:

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**
**The Gateway Building**
**201 Penn Street, Suite 103**
**Reading, PA 19601**

(b). If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and mail a copy to movant:

Joseph Quinn, Esquire
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA  19464

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer, United States Bankruptcy Judge on December 21, 2023 at 10:00 A.M. by Zoom, in:

> **United States Bankruptcy Court \***
> **Courtroom 4th Floor**
> **The Gateway Building**
> **201 Penn Street**
> **Reading, Pennsylvania, 19601**

\* The hearing shall be held by Zoom.  For the Zoom link, see the current Hearing Calendar for the Judge on the Court website: https://www.paeb.uscourts.gov/

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

      5.   You may contact the bankruptcy clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

                                              **ROSS, QUINN & PLOPPERT, P.C.**

                                    By: */s/ Joseph Quinn*
                                        Joseph Quinn, Esquire
                                        Attorney I.D. 307467
                                        192 S. Hanover Street, Suite 101
                                        Pottstown, PA 19464
                                        Ph: (610) 323-5300
                                        F:  (610) 323-6081

Dated: November 28, 2023