THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  David A Boisvert | : | Chapter 13 |
| Debtor | : | No. : 20-10931-pmm |

### **CERTIFICATE OF SERVICE**

I, Joseph Quinn, Esquire, Counsel for Debtors, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on November 28, 2023, has been served upon the following by the means stated:

*Via Electronic Filing (ECF) on November 28, 2023:*

Michael Patrick Farrington, Esquire on behalf of M&T Bank
mfarrington@kmllawgroup.com

Brian Craig Nicholas, Esquire on behalf of M&T Bank
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Leon P. Haller, Esquire on behalf of Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

*Via First Class United States Mail on November 28, 2023:*

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Jean Harmon, Esquire
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

All other creditors on the mailing matrix not noticed by way of ECF.

                                **ROSS, QUINN & PLOPPERT, P.C.**

                By:    */s/ Joseph Quinn*
                      Joseph Quinn, Esquire
                      Attorney I.D. No. 307467
                      192 S. Hanover Street, Suite 101
                      Pottstown, PA 19464
                      T: 610.323.5300
                      F: 610.323.6081
                      JQuinn@rqplaw.com
Date:  November 28, 2023      Counsel for Debtor