THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  David A Boisvert,　　　　　　　　:　　　Chapter 13
　　　　　　　　　　　　Debtor　　　　　:　　　No. : 20-10931-pmm

### CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for David A Boisvert, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on December 7, 2023 along with the Notice of Application and Certificate of Service were timely served on parties in interest on December 7, 2023.

3. A response deadline to the application was due on or before December 28, 2023.

4. As of December 29, 2023, no response to said Application has been received.

　　　　　　　　　　　　　　　　　　**ROSS, QUINN & PLOPPERT, P.C.**

　　　　　　　　　　　　　　　　　　By: */s/ Joseph L. Quinn*_____
　　　　　　　　　　　　　　　　　　　　Joseph L. Quinn, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 307467
　　　　　　　　　　　　　　　　　　　　192 S. Hanover Street, Suite 101
　　　　　　　　　　　　　　　　　　　　Pottstown, PA 19464
　　　　　　　　　　　　　　　　　　　　Ph: (610) 323-5300

Dated: December 29, 2023