Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 20-10931-PMM**

David A Boisvert  
2466 Ellendale Drive  
Lancaster  PA    17602

Petition Filed Date: 02/14/2020  
341 Hearing Date: 03/31/2020  
Confirmation Date: 08/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $721.00 | | 09/25/2023 | $721.00 | | 10/23/2023 | $721.00 | |
| 11/27/2023 | $721.00 | | 12/27/2023 | $685.00 | | 01/23/2024 | $685.00 | |
| 02/26/2024 | $685.00 | | 03/25/2024 | $685.00 | | 04/23/2024 | $685.00 | |
| 05/24/2024 | $685.00 | | 06/25/2024 | $685.00 | | 07/23/2024 | $685.00 | |

**Total Receipts for the Period: $8,364.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $32,924.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,525.00 | $3,525.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $1,276.61 | $1,276.61 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $106.07 | $0.00 | $106.07 |
| 3 | DISCOVER BANK »» 002 | Unsecured Creditors | $4,536.77 | $0.00 | $4,536.77 |
| 4 | TD BANK NA »» 003 | Unsecured Creditors | $4,980.78 | $0.00 | $4,980.78 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $7,163.27 | $0.00 | $7,163.27 |
| 6 | TD RETAIL CREDIT SERVICES »» 005 | Unsecured Creditors | $232.86 | $0.00 | $232.86 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $268.97 | $0.00 | $268.97 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $714.48 | $0.00 | $714.48 |
| 9 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $8,560.03 | $0.00 | $8,560.03 |
| 10 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $7,917.61 | $0.00 | $7,917.61 |
| 11 | MIDLAND CREDIT MANAGEMENT INC »» 010 | Unsecured Creditors | $4,940.00 | $0.00 | $4,940.00 |
| 12 | M&T BANK »» 011 | Unsecured Creditors | $6,946.07 | $0.00 | $6,946.07 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $3,157.70 | $0.00 | $3,157.70 |
| 14 | M&T BANK »» 013 | Mortgage Arrears | $4,578.63 | $3,878.17 | $700.46 |

**Chapter 13 Case No. 20-10931-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | UNITED STATES TREASURY (IRS)<br>»» 14S | Secured Creditors | $16,385.32 | $13,878.58 | $2,506.74 |
| 16 | UNITED STATES TREASURY (IRS)<br>»» 14P | Priority Crediors | $2,595.00 | $2,595.00 | $0.00 |
| 17 | PA HOUSING FINANCE AGENCY<br>»» 015 | Mortgage Arrears | $1,454.27 | $1,454.27 | $0.00 |
| 18 | PA HOUSING FINANCE AGENCY<br>»» 15P | Secured Creditors | $942.18 | $942.18 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $900.00 | $900.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $950.00 | $950.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,924.00 | Current Monthly Payment: | $685.00 |
| Paid to Claims: | $29,399.81 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,907.69 | Total Plan Base: | $36,349.00 |
| Funds on Hand: | $616.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.