Certificate Number: 05781-PAE-DE-039267956

Bankruptcy Case Number: 20-10931



05781-PAE-DE-039267956

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 23, 2025, at 6:06 o'clock AM PST, David Boisvert completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 23, 2025

By: /s/Allison M Geving

Name: Allison M Geving

Title: President