United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 20-10931-pmm

David A Boisvert Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Feb 25, 2025      Form ID: 138OBJ      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David A Boisvert, 2466 Ellendale Drive, Lancaster, PA 17602-1443 |
| 14468099 | + | Account Resolution Ass, 9301 Corbin Ave Ste 1600, Northridge, CA 91324-2515 |
| 14468106 | + | Jill Boisvert, 2466 Ellendale Drive, Lancaster, PA 17602-1443 |
| 14482040 | + | M&T Bank, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14468110 | + | MRI Group LLP, PO Box 3088, Lancaster, PA 17604-3088 |
| 14468109 | + | Millcreek Fence & Decks LLC, 2595 Old Philadelphia Pike, Bird in Hand, PA 17505-9797 |
| 14519881 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14483251 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, and Hertzel, LLP, 950 New Loudon Road, Latham, New York 12110-2100 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 26 2025 03:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 26 2025 03:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14468100 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 26 2025 03:41:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14468101 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 01:50:05 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14468102 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:50:14 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14481901 | | Email/Text: mrdiscen@discover.com | Feb 26 2025 03:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14468103 | + | Email/Text: mrdiscen@discover.com | Feb 26 2025 03:35:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14468104 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 26 2025 01:50:07 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14468105 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2025 03:41:00 | Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14490818 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 02:03:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14468108 | + | Email/Text: camanagement@mtb.com | Feb 26 2025 03:41:00 | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 14468107 | | Email/Text: camanagement@mtb.com | Feb 26 2025 03:41:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 14496258 | | Email/Text: camanagement@mtb.com | Feb 26 2025 03:41:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: 138OBJ | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 14492510 | + | Email/Text: camanagement@mtb.com | Feb 26 2025 03:41:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 14480967 | ^ | MEBN | Feb 26 2025 00:31:48 | M&T BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14491659 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 26 2025 03:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14468111 | + | Email/Text: Bankruptcies@nragroup.com | Feb 26 2025 03:41:00 | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14486307 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 01:51:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14468112 | + | Email/Text: blegal@phfa.org | Feb 26 2025 03:41:00 | Pa Housing Finance Agency, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14473569 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 26 2025 03:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14519691 | + | Email/Text: blegal@phfa.org | Feb 26 2025 03:41:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg PA 17101-1406 |
| 14468113 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 01:51:43 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14490660 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2025 03:41:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14468114 | | Email/Text: BankruptcyMail@questdiagnostics.com | Feb 26 2025 03:41:00 | Quest Diagnostics, PO Box 7306, Hollister, MO 65673-7306 |
| 14468115 | | Email/Text: bankruptcy@sequium.com | Feb 26 2025 03:36:00 | Sequium Asset Solution, 1130 Northchase Pkwy, Marietta, GA 30067 |
| 14468116 | | Email/Text: bankruptcy@td.com | Feb 26 2025 03:41:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 14487164 | + | Email/Text: tdebn@credbankserv.com | Feb 26 2025 03:41:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14468117 | + | Email/Text: bankruptcy@td.com | Feb 26 2025 03:41:00 | Tdrcs/cub Cadet, 1000 Macarthur Bv, Mahwah, NJ 07430-2035 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025         Signature:    /s/Gustava Winters

District/off: 0313-4  User: admin  Page 3 of 3
Date Rcvd: Feb 25, 2025  Form ID: 138OBJ  Total Noticed: 36

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor David A Boisvert CourtNotices@rqplaw.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 93 − 92

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　David A Boisvert<br><br>　　Debtor(s). | Case No. 20−10931−pmm<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 25, 2025　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court